# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kenneth Colegrove,<br><br>        Plaintiff,<br><br>v.<br><br>Western States Petroleum Incorporated,<br>Robert F. Kec, Janet T. Kec,<br><br>        Defendants. | No. CV-14-00752-PHX-GMS<br><br>**ORDER** |

Pursuant to the parties Stipulation to Dismiss (Doc. 27) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing all of the allegations and claims in the above-captioned matter with prejudice, each side to bear their own costs and fees.

Dated this 25th day of November, 2014.

_____
G. Murray Snow
United States District Judge